IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00936-LTB-KLM

JILL AUCOIN,

    Plaintiff,

v.

NOVARTIS PHARMACEUTICALS and
CIBA VISION,

    Defendants.

_____

**ORDER OF RECUSAL**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter was drawn to me and was subsequently referred to me by District Judge Lewis T. Babcock [Docket No. 5] for pretrial case management.

    Pursuant to 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify herself "in any proceeding in which [her] impartiality might reasonably be questioned." In view of the fact that I have recently been of counsel with the law firm of Snell & Wilmer, LLP-Denver, and in order to avoid the appearance of impropriety, I hereby recuse myself from this action. The Clerk of the Court shall assign another Magistrate Judge to this case.

                                       BY THE COURT:

                                       s/   Kristen L. Mix
                                       Kristen L. Mix
                                       United States Magistrate Judge

Dated: September 4, 2008