IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00936-~~LTB~~-MJW  PAB

JILL AUCOIN,

Plaintiff,

vs.

NOVARTIS PHARMACEUTICALS and
CIBA VISION,

Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR AMENDMENT TO SCHEDULING ORDER DEADLINE FOR SERVICE OF WRITTEN DISCOVERY REQUESTS**
( Docket No. 20 )

---

This matter comes before the court on Defendants CIBA Vision Corporation and Novartis Pharmaceuticals Corporation Unopposed Motion for Amendment to Scheduling Order Deadline for Service of Written Discovery Requests, and now, being fully informed, the Court hereby:

ORDERS that Defendants' Unopposed Motion is GRANTED and the Scheduling Order is hereby AMENDED to allow the parties up to and including February 24, 2009 within which to serve written discovery requests.

DATED this 11th day of February, 2009.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

9498142 1